Bingham McCutchen LLP
KEVIN M. BOVARD (SBN 247521)
kevin.bovard@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000

Attorneys for Plaintiff
Sierra Trading Post, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eastern Sierra Trading Post, Inc., <br><br> Plaintiff, <br> v. <br><br> Michael Sweilem d/b/a <br> Eastern Sierra Trading Post, <br><br> Defendant. | No. 2:07-CV-02734-MCE (GGH) <br><br> **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] CONSENT ORDER** |

A/72376912.3/0447587-0000329905

1   Having discussed the subject matter of the above-captioned action, and in an attempt to
2   resolve this dispute and save the parties' time and resources, plaintiff Sierra Trading Post, Inc.
3   ("Sierra") and defendant Michael Sweilem d/b/a Eastern Sierra Trading Post ("Sweilem") jointly
4   move that the Court enter and endorse the following stipulations and consent order:
5       A.   Effective ten (10) calendar days from the date of this Order, Sweilem, his agents,
6   servants, employees, attorneys, heirs, successors, assigns, representatives and all persons in
7   active concert or participation with any of them, are permanently enjoined and restrained from
8   knowingly engaging in any commercial or non-commercial use of the mark SIERRA TRADING
9   POST, EASTERN SIERRA TRADING POST, or any other colorable variant thereof or any
10  other mark or name or domain name confusingly similar to any of the SIERRA TRADING
11  POST Marks (as defined below), including without limitation promoting, selling, offering for
12  sale, providing, distributing or advertising products or services thereunder, except that Sweilem
13  is permitted to operate his existing retail store in Bridgeport, California (the "Permitted Use")
14  under the name "EASTERN SIERRA TRADING COMPANY" or "EASTERN SIERRA
15  TRADING CO." (the "COMPANY Names").  As used herein "SIERRA TRADING POST
16  Marks" means the marks SIERRA TRADING POST, SIERRA TRADING POST YOUR IN-
17  HOME OUTLET MALL, A SIERRA TRADING POST OUTLET STORE, SIERRA
18  ADVENTURE EDGE, SIERRA OUTDOORS, SIERRA SHOES, ETC., SIERRA TRAVEL,
19  SIERRA WOMAN, SIERRA TRADITIONS, and SIERRA HOME & GIFT, individually and
20  collectively.  Notwithstanding the foregoing, Sweilem has until July 1, 2008 to comply with this
21  injunction insofar as it requires him to change the name used on the business license for his
22  Bridgeport, California retail store.
23      B.   Sweilem hereby stipulates that the conduct alleged and fully described in
24  plaintiff's Complaint, including operating a retail store in Bridgeport, California under the name
25  "Eastern Sierra Trading Post," would constitute an infringement of plaintiff's SIERRA
26  TRADING POST Marks and that any future attempt to manufacture, sell, distribute or provide
27  products or services under any of the SIERRA TRADING POST Marks or any other colorable
28  variant of or any other mark or name confusingly similar (other than the COMPANY Names for

1  the Permitted Use), would constitute knowing and willful infringement of plaintiff's trademark
2  rights, all in violation of plaintiff's rights under the common law, the Lanham Act, 15 U.S.C. §
3  1051, *et seq.*, and Cal. Bus. & Prof. Code § 17200, *et seq.*;
4      C.    Sierra hereby stipulates that, if and so long as Sweilem remains in full compliance
5  with the terms of this Joint Stipulation of Dismissal and Consent Order, Sierra will take no
6  further legal action with respect to Sweilem's past use of its SIERRA TRADING POST Marks,
7  as fully described in its Complaint, or for his use of the COMPANY Names for the Permitted
8  Use. Sierra does not otherwise waive its rights for any past or future infringement, dilution or
9  other misuse of any of its trademarks (including but not limited to the SIERRA TRADING
10 POST Marks) by Sweilem.
11     D.    In the event of default of any of the obligations herein, either party may move for
12 the entry of an Order enforcing the terms herein, without any prior notice or grace period. The
13 parties agree that the United States District Court for the Eastern District of California shall have
14 jurisdiction to enforce this Joint Stipulation of Dismissal and Consent Order and any of its terms.
15 The parties further agree that the prevailing party in any action to enforce this Joint Stipulation of
16 Dismissal and Consent Order shall be entitled to recover its reasonable attorneys' fees and costs
17 from the other party for all fees and costs associated with this matter, including without
18 limitation the enforcement of this Joint Stipulation of Dismissal and Consent Order.
19     E.    Pursuant to Federal Rule of Civil Procedure 41(a)(1), and upon entry of this Joint
20 Stipulation of Dismissal and Consent Order by this Court, Sierra and Sweilem jointly move and
21 stipulate that this matter be dismissed with both parties bearing their own costs and attorneys'
22 fees.
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

1  Respectfully submitted,

2  SIERRA TRADING POST, INC.                    MICHAEL SWEILEM d/b/a
                                                EASTERN SIERRA TRADING POST
3  By its attorneys,
                                                *Pro se*
4

5  /s/ Kevin M. Bovard                          /s/ M. S. Sweilem
6  Kevin M. Bovard                              Michael Sweilem
   Bingham McCutchen LLP                        7115 SE 113th Avenue
7  Three Embarcadero Center                     Portland, Oregon 97266
   San Francisco, CA 94111                      (503) 760-4325
8  (415) 393-2000
9  kevin.bovard@bingham.com

10
   *Of counsel:*
11

12 Joshua M. Dalton (BBO # 636402)
   **BINGHAM MCCUTCHEN LLP**
13 150 Federal Street
   Boston, MA 02110
14 (617) 951-8000
   josh.dalton@bingham.com
15

16

17
   Dated: January ___, 2008
18
           IT IS SO ORDERED,
19

20

21                                              _____
                                                Hon. Morrison C. England, Jr.
22                                              United States District Court
                                                Eastern District of California
23

24

25

26

27

28
   A/72376912.3/0447587-0000329905              4

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] CONSENT ORDER**

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

| | |
|---|---|
| Michael Sweilem | Charles D. McClung, Esq. |
| 255 Main Street | Chernoff, Vilhauer, McClung & Stenzel |
| Bridgeport, CA  93517 | 601 SW 2nd Ave. |
| | 1600 ODS Tower |
| | Portland, OR 97204 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on February 19, 2008.

_____
Jamie J. Paek

1