Bingham McCutchen LLP
KEVIN M. BOVARD (SBN 247521)
kevin.bovard@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Plaintiff
Sierra Trading Post, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eastern Sierra Trading Post, Inc., <br><br> Plaintiff, <br> v. <br><br> Michael Sweilem d/b/a <br> Eastern Sierra Trading Post, <br><br> Defendant. | No. 2:07-cv-02734-MCE-GGH <br><br> **JOINT STIPULATION OF DISMISSAL AND CONSENT ORDER** |

A/72376912.4

1    Having discussed the subject matter of the above-captioned action, and in an attempt to
2    resolve this dispute and save the parties' time and resources, plaintiff Sierra Trading Post, Inc.
3    ("Sierra") and defendant Michael Sweilem d/b/a Eastern Sierra Trading Post ("Sweilem") jointly
4    move that the Court enter and endorse the following stipulations and consent order:
5        A.   Effective ten (10) calendar days from the date of this Order, Sweilem, his agents,
6    servants, employees, attorneys, heirs, successors, assigns, representatives and all persons in
7    active concert or participation with any of them, are permanently enjoined and restrained from
8    knowingly engaging in any commercial or non-commercial use of the mark SIERRA TRADING
9    POST, EASTERN SIERRA TRADING POST, or any other colorable variant thereof or any
10   other mark or name or domain name confusingly similar to any of the SIERRA TRADING
11   POST Marks (as defined below), including without limitation promoting, selling, offering for
12   sale, providing, distributing or advertising products or services thereunder, except that Sweilem
13   is permitted to operate his existing retail store in Bridgeport, California (the "Permitted Use")
14   under the name "EASTERN SIERRA TRADING COMPANY" or "EASTERN SIERRA
15   TRADING CO." (the "COMPANY Names").  As used herein "SIERRA TRADING POST
16   Marks" means the marks SIERRA TRADING POST, SIERRA TRADING POST YOUR IN-
17   HOME OUTLET MALL, A SIERRA TRADING POST OUTLET STORE, SIERRA
18   ADVENTURE EDGE, SIERRA OUTDOORS, SIERRA SHOES, ETC., SIERRA TRAVEL,
19   SIERRA WOMAN, SIERRA TRADITIONS, and SIERRA HOME & GIFT, individually and
20   collectively.  Notwithstanding the foregoing, Sweilem has until July 1, 2008 to comply with this
21   injunction insofar as it requires him to change the name used on the business license for his
22   Bridgeport, California retail store.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

A/72376912.4                            2

1    B.   Sweilem hereby stipulates that the conduct alleged and fully described in
2  plaintiff's Complaint, including operating a retail store in Bridgeport, California under the name
3  "Eastern Sierra Trading Post," would constitute an infringement of plaintiff's SIERRA
4  TRADING POST Marks and that any future attempt to manufacture, sell, distribute or provide
5  products or services under any of the SIERRA TRADING POST Marks or any other colorable
6  variant of or any other mark or name confusingly similar (other than the COMPANY Names for
7  the Permitted Use), would constitute knowing and willful infringement of plaintiff's trademark
8  rights, all in violation of plaintiff's rights under the common law, the Lanham Act, 15 U.S.C. §
9  1051, *et seq.*, and Cal. Bus. & Prof. Code § 17200, *et seq.*;

10   C.   Sierra hereby stipulates that, if and so long as Sweilem remains in full compliance
11  with the terms of this Joint Stipulation of Dismissal and Consent Order, Sierra will take no
12  further legal action with respect to Sweilem's past use of its SIERRA TRADING POST Marks,
13  as fully described in its Complaint, or for his use of the COMPANY Names for the Permitted
14  Use.  Sierra does not otherwise waive its rights for any past or future infringement, dilution or
15  other misuse of any of its trademarks (including but not limited to the SIERRA TRADING
16  POST Marks) by Sweilem.

17   D.   In the event of default of any of the obligations herein, either party may move for
18  the entry of an Order enforcing the terms herein, without any prior notice or grace period.  The
19  parties agree that the United States District Court for the Eastern District of California shall have
20  jurisdiction to enforce this Joint Stipulation of Dismissal and Consent Order and any of its terms.
21  The parties further agree that the prevailing party in any action to enforce this Joint Stipulation of
22  Dismissal and Consent Order shall be entitled to recover its reasonable attorneys' fees and costs
23  from the other party for all fees and costs associated with this matter, including without
24  limitation the enforcement of this Joint Stipulation of Dismissal and Consent Order.

25  ///
26  ///
27  ///
28  ///

1       E.    Pursuant to Federal Rule of Civil Procedure 41(a)(1), and upon entry of this Joint Stipulation of Dismissal and Consent Order by this Court, Sierra and Sweilem jointly move and stipulate that this matter be dismissed with both parties bearing their own costs and attorneys' fees.

Respectfully submitted,

| SIERRA TRADING POST, INC. | MICHAEL SWEILEM d/b/a<br>EASTERN SIERRA TRADING POST |
|---|---|
| By its attorneys, | *Pro se* |
| /s/ Kevin M. Bovard | /s/ Michael Sweilem |
| Kevin M. Bovard<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 393-2000<br>kevin.bovard@bingham.com | Michael Sweilem<br>7115 SE 113th Avenue<br>Portland, Oregon 97266<br>(503) 760-4325 |

*Of counsel:*

Joshua M. Dalton (BBO # 636402)
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000
josh.dalton@bingham.com

      IT IS SO ORDERED.

DATED: February 21, 2008

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE